UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS, | Case No. 2:22-cv-01796-RFB-DJA |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

### I.    DISCUSSION

On January 12, 2023, this Court granted Plaintiff's motion for appointment of counsel. (ECF No. 7 at 2-3). The Court appointed the Federal Public Defender's Office to represent Plaintiff after Plaintiff's habeas attorney from that Office stated that she would represent Plaintiff in this civil rights case. (*Id.* at 3). The Court granted Plaintiff's counsel 60 days to file an amended complaint and, if necessary, an amended application to proceed *in forma pauperis*. (*Id.* at 4).

Plaintiff's counsel now moves for an extension of time until May 12, 2023, to submit an amended complaint and an amended application to proceed *in forma pauperis*, if necessary. (ECF No. 9). The Court grants the motion for an extension of time to file an amended complaint on or before May 12, 2023. The Court notes that Plaintiff, *pro se*, submitted a fully complete application to proceed *in forma pauperis* at ECF No. 4 and no further documents are needed for that application.

### II.    CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 9) is granted. Plaintiff will file an amended complaint on or before May 12, 2023.

DATED this 14th day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE