UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　Defendants | Case No.  2:22-cv-01796-RFB-DJA<br><br>ORDER |

**I.　DISCUSSION**

On January 12, 2023, this Court granted Plaintiff's motion for appointment of counsel.  (ECF No. 7 at 2-3).  The Court appointed the Federal Public Defender's Office to represent Plaintiff after Plaintiff's habeas attorney from that Office stated that she would represent Plaintiff in this civil rights case.  (*Id.* at 3).  The Court granted Plaintiff's counsel 60 days to file an amended complaint.  (*Id.* at 4).

Plaintiff's counsel now moves for a second extension of time until June 2, 2023, to submit an amended complaint.  (ECF No. 11).  The Court grants the motion for an extension of time to file an amended complaint on or before June 2, 2023.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 11) is granted.  Plaintiff will file an amended complaint on or before June 2, 2023.

DATED this 16th day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE