Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No. 15604
Ryan_Norwood@fd.org
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

*Attorney for Petitioner James Davis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James Anthony Davis,<br><br>    Plaintiff,<br><br>    v.<br><br>The State of Nevada, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-01796-RFB-DJA<br><br>**First Stipulation to extend time for filing a filing fee or an application to proceed in forma pauperis** |

## STIPULATION

On December 21, 2023 this Court entered an order that Mr. Davis must either pay a filing fee or submit an in forma pauperis (IFP) application by January 19, 2024. ECF 22.

Mr. Davis was released on parole from High Desert State Prison several weeks ago, after being incarcerated for over twenty years. Mr. Davis's counsel have communicated with him since his release, and can represent that he has no money or resources, is still seeking permanent housing, and is unable to pay a filing fee. Due to his status, it is not practicable to mail him an IFP application, or for Mr. Davis to travel to counsel's office. Counsel plans to meet with him in person to review the form, but it will not be practicable to do by January 19, 2024.

For this reason, the parties believe there is good cause to extend the deadline for filing an IFP petition for 14 days, until February 2, 2024, and would stipulate that the Court should do so.

Dated January 18, 2024.

Aaron D. Ford
Attorney General

*s/ Jessica E. Brown*
Jessica E. Brown
Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*s/ Ryan Norwood*
Ryan Norwood
Amelia L. Bizzaro
Assistant Federal Public Defenders

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/19/2024