# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| James Anthony Davis,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Michael Minev, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01796-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's unopposed motion for issuance of summons and for an extension of time to serve Defendant Janice Taylor-Easler and Leon Jackson. (ECF No. 37). The Court grants Plaintiff's motion. *See* Fed. R. Civ. P. 4(b), (m).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 37) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **June 6, 2024** to accomplish service.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to issue a summons for Janice Taylor-Easler. The Clerk of Court is kindly directed to include Janice Taylor-Easler's address—filed under seal at ECF No. 30—on her summons. The Clerk of Court is kindly directed to issue the summons under seal to protect Taylor-Easler's address.

DATED: May 7, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE