Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
*Amelia Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org
*Attorneys for Petitioner James Davis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James Anthony Davis,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael Minev, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-01796-RFB-DJA<br><br>**Second Motion to Extend Deadline for Service (other parties take no position)** |

Pursuant to FRCP 4(m) and this Court's prior order (ECF 39), Mr. Davis respectfully moves the Court to extend the deadline for serving Defendant Janice Taylor-Easler by 27 days, until July 3, 2024. As good cause for this Motion, Mr. Davis states as follows:

## STATEMENT OF FACTS IN SUPPORT OF MOTION

This is a §1983 action brought by Mr. Davis, a former state prisoner, against multiple defendants who were involved with his medical care at the Nevada Department of Corrections. The Attorney General for the State of Nevada represents and has accepted service for most of these Defendants (ECF 29, 35).

On May 6, 2024, Mr. Davis filed an unopposed motion to extend the service deadlines for the remaining two defendants, Dr. Leon Jackson, and Janice Taylor-Easton, by 30 days. ECF 37. The Court granted this Motion (ECF 39).

The Attorney General had stated they could not identify Defendant Jackson. Plaintiff however was able to locate and serve Defendant Jackson (ECF 40, 45). He is now represented by counsel, Alice Campos Mercado and Edward J. Lemons. (ECF 43).

The Attorney General had earlier submitted a sealed last-known address for Defendant Taylor-Easton. The Court's prior order had directed the clerk to issue a summons in the expectation that the Marshal would serve Defendant Taylor-Easton at her sealed address. (ECF 39).

The summons was issued (ECF 40). However, no notice of an executed or returned summons had been filed with the Court. On June 6, Counsel enquired with both the clerk's office and the Marshal's office regarding the status of service. It appears that the clerk had not notified the Marshal of the summons, and the Marshal did not know about it until today. Such notice was immediately provided, along with a completed USM-285 form. The Marshals office has confirmed that they will initiate service on the remaining defendant.

Given the circumstances, an extension of the deadline will be needed to effect service. Plaintiff' counsel respectfully requests a 27-day extension of service, until July 3, 2024.

Counsel has conferred by email with Attorney Mercado and Deputy Attorney General Hill, who represent the other parties in this case. Both state they cannot stipulate to an extension, as they do not represent Defendant Taylor-Easton, but will take no position on this motion.

## CONCLUSION

Based on the foregoing and for good cause appearing, Mr. Davis respectfully asks the Cout to issue a summons and extend the deadline for service as explained above.

Dated June 6, 2024

                                  Rene L. Valladares
                                  Federal Public Defender

                                  */s/ Ryan Norwood*
                                  Ryan Norwood
                                  Assistant Federal Public Defender

**IT IS THEREFORE ORDERED t**hat Plaintiff's motion to extend time (ECF No. 46) is **GRANTED.** Plaintiff shall have until **July 3, 2024** to serve Defendant Janice Taylor-Easton. *See* Fed. R. Civ. P. 4(m).

                                  DANIEL J. ALBREGTS
                                  UNITED STATES MAGISTRATE JUDGE

                                  DATED: June 10, 2024