**EDWARD J. LEMONS, ESQ.**
Nevada Bar No. 699
**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendant*
*Leon Jackson, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MINEV, in his individual capacity and official capacities;<br>JOSEPH BENSON, in his individual capacity and official capacities;<br>RUSSELL PERRY, in his individual capacity and official capacities;<br>ISIDRO BACA, in his individual capacity and official capacities;<br>JERRY HOWELL, in his individual capacity and official capacities;<br>WILLIAM HUTCHINGS, in his individual capacity and official capacities;<br>CALVIN JOHNSON, in his individual capacity and official capacities;<br>BRIAN WILLIAMS, in his individual capacity and official capacities;<br>JOHN WESTON, in his individual capacity;<br>JANICE TAYLOR-EASLER, in her individual capacity;<br>MARTIN NAUGHTON, in his individual capacity;<br>LEON JACKSON, in his individual capacity;<br>HENRY LANDSMAN, in his individual capacity;<br>SYMOUR OMANDAC, in his individual capacity;<br>JAYMIE CABRERA, in her individual capacity;<br>DOES 1-10, in their individual and/or official capacities;<br>DOES 1-10, in their individual and/or official capacities;<br>Defendants. | CASE NO: 2:22-CV-01796-RFB-DJA<br><br>JOINT MOTION ~~STIPULATION~~ FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT ON BEHALF OF DEFENDANT LEON JACKSON, M.D.<br><br>(FIRST REQUEST) |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

IT IS HEREBY STIPULATED by and between Plaintiff JAMES ANTHONY DAVIS and Defendant LEON JACKSON, M.D., through their respective counsel, that the time to file a response to the First Amended Complaint (ECF No. 14) may be extended by two weeks, from June 11, 2024 to June 25, 2024. An extension to respond to the First Amended Complaint is sought to investigate whether Dr. Jackson should be dismissed from the above-entitled matter.

This extension is not sought for purposes of delay or for any other improper purpose.

**IT IS SO STIPULATED.**

DATED: June 7, 2024

RENE L. VALLADARES
FEDERAL PUBLIC DEFENDER

By: */s/ Ryan Norwood*
    Ryan Norwood
    Assistant Public Defender

*Attorneys for Plaintiff*

DATED: June 7, 2024

LEMONS, GRUNDY & EISENBERG

By: */s/ Alice Campos Mercado*
    Alice Campos Mercado

*Attorneys for Defendant
Leon Jackson, M.D.*

**O R D E R**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 47).

DATED: 6/10/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 6005 Plumas Street, Third Floor, Reno, Nevada 89519, and I am employed by LEMONS, GRUNDY & EISENBERG in the City of Reno and County of Washoe where this service occurs. I am over the age of 18 years and not a party to the within action.

On June 7, 2024, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as ***Defendant's***

☐ **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

☐ **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

☐ **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

☐ **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s).

✓ **BY ELECTRONIC SERVICE:** the court to electronically serve the following individual(s):

| Aaron D. Ford, Attorney General<br>Kyle L. Hill, Deputy Attorney General<br>Office of the Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>T: 702-486-3326<br>khill@ag.nv.gov | Amelia Bizzaro, Asst. Federal Public Defender<br>Ryan Norwood, Asst. Federal Public Defender<br>Federal Public Defenders Office<br>411 E. Bonneville, Suite 250<br>Las Vegas, NV 89101<br>T: (702) 388-6377<br>amelia_bizzaro@fd.org<br>ryan_norwood@fd.org<br>Attorneys for Plaintiff |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

           */s/ Margie Nevin*
           Margie Nevin

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3