1 | **EDWARD J. LEMONS, ESQ.**
Nevada Bar No. 699
2 | **ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
3 | **LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
4 | Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
5 | acm@lge.net

6 | *Attorneys for Defendant*
*Leon Jackson, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DAVIS, an individual, | **CASE NO: 2:22-CV-01796-RFB-DJA** |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF DEFENDANT LEON JACKSON, M.D. WITH PREJUDICE AND ORDER THEREON** |
| MICHAEL MINEV, in his individual capacity and official capacities; | |
| JOSEPH BENSON, in his individual capacity and official capacities; | |
| RUSSELL PERRY, in his individual capacity and official capacities; | |
| ISIDRO BACA, in his individual capacity and official capacities; | |
| JERRY HOWELL, in his individual capacity and official capacities; | |
| WILLIAM HUTCHINGS, in his individual capacity and official capacities; | |
| CALVIN JOHNSON, in his individual capacity and official capacities; | |
| BRIAN WILLIAMS, in his individual capacity and official capacities; | |
| JOHN WESTON, in his individual capacity; | |
| JANICE TAYLOR-EASLER, in her individual capacity; | |
| MARTIN NAUGHTON, in his individual capacity; | |
| LEON JACKSON, in his individual capacity; | |
| HENRY LANDSMAN, in his individual capacity; | |
| SYMOUR OMANDAC, in his individual capacity; | |
| JAYMIE CABRERA, in her individual capacity; | |
| DOES 1-10, in their individual and/or official capacities; | |
| DOES 1-10, in their individual and/or official capacities; | |
| Defendants. | |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

IT IS HEREBY STIPULATED among all parties who have appeared in this action, all parties acting through counsel, that the above-entitled action may be dismissed with prejudice as to Defendant LEON JACKSON, M.D., *ONLY,* reserving all rights against the remaining Defendants, the parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: June 14, 2024

RENE L. VALLADARES
FEDERAL PUBLIC DEFENDER
Nevada State Bar No. 11479

By: */s/ Ryan Norwood*
   Ryan Norwood (NH Bar No. 15604)
   Assistant Federal Public Defender

*Attorneys for Plaintiff*

DATED: June 14, 2024

LEMONS, GRUNDY & EISENBERG

By: */s/ Alice Campos Mercado*
   Alice Campos Mercado (Bar No. 4555)

*Attorneys for Defendant
Leon Jackson, M.D.*

DATED: June 14, 2024

AARON D. FORD
ATTORNEY GENERAL

By: */s/ Kyle L. Hill*
   Kyle L. Hill (Bar No. 16094)
   Deputy Attorney General

*Attorneys for Defendants Michael Minev, Joseph Benson, Perry Russell, Isidro Baca, Jerry Howell, William Hutchings, Calvin Johnson, Brian Williams, John Weston, Martin Naughton, Henry Landsman, Seymour Omandac, Terence Agustin, and Jaymie Cabrera*

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2

# O R D E R

Pursuant to the above stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the within Stipulation for Dismissal with Prejudice of Defendant Leon Jackson, M.D. is hereby approved and the above-entitled matter may be, and is hereby dismissed with prejudice as to Defendant Leon Jackson, M.D., only, the parties to bear their respective fees and costs.

**SO ORDERED**.

**DATED:** June 17, 2024.

_____
**HON. RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3