Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
*Amelia Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org
*Attorneys for Petitioner James Davis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James Anthony Davis, | |
| Plaintiff, | Case No. 2:22-cv-01796-RFB-DJA |
| v. | **Second Stipulation for Revised Scheduling Order** |
| Michael Minev, *et al.*, | |
| Defendants. | |

Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF No. 41) and respectfully request the Court approve the proposed schedule, set forth herein. This is the second stipulation for the extension of these deadlines. This request is submitted at least twenty-one (21) days or more before the close of discovery (October 30, 2024) is made in good faith, and is supported by good cause.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

On May 8, 2024, the Court approved the parties' stipulation for a discovery schedule. Shortly thereafter, Plaintiff's counsel diligently began discovery, making an initial disclosure and serving a request for production (RFP) on May 17, 2024 for a number of documents from NDOC, including Mr. Davis's medical records.

The discovery production is this case is particularly large, so far encompassing over 3,000 pages of documents. Plaintiff's counsel, after agreeing to an extension of the production deadline sought by Defendants, did not receive an initial disclosure until June 21, and received subsequent disclosures on July 1 and July 11. Following further communication, Defendants' counsel agreed to look for another set of documents sought in the RFP, which he recently communicated would be provided today, August 1.

The parties have been working and conferring in good faith to comply with discovery requests and resolve disputes. However, the production of discovery is taking longer than expected. Plaintiff's counsel did not receive his client's full medical records until the July 1 production, and is still receiving documents more than two months after the initial request. Plaintiff's counsel will require additional time to organize and review these records, so that he can determine what other discovery is needed to fully develop the claims in this case.

Having conferred, the parties agree that more time is needed to conduct discovery and ask for a sixty (60) day extension of the current deadlines.

- The parties may engage in discovery until December 30, 2024;
- Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if they are allowed without leave of Court, or motions for leave to amend, must comply with LR 15-1 and must be filed and served by September 30, 2024

- Expert disclosures must be made on or before October 29, 2024, and disclosures of rebuttal experts must be made on or before November 29, 2024.
- Dispositive Motions: that they be filed and served no later than January 28, 2025;
- Joint Pretrial Order: that it be due on February 28, 2025. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## CONCLUSION

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and alter the discovery deadlines as set forth above.

Dated August 1, 2024

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Kyle L. Hill*<br>Kyle L. Hill<br>Deputy Attorney General | */s/ Ryan Norwood*<br>Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/5/2024

3