Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania Bar #332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
*Amelia Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org
*Attorneys for Petitioner James Davis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James Anthony Davis,<br><br>     Plaintiff,<br><br>     v.<br><br>Michael Minev, *et al.,*<br><br>     Defendants. | Case No. 2:22-cv-01796-RFB-DJA<br><br>**Eighth Stipulation for Revised Scheduling Order** |

Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF No. 78) and respectfully request the Court approve the proposed schedule, set forth herein. This is the eighth stipulation for the extension of these deadlines. This request is submitted at least twenty-one (21) days or more before the close of discovery (September 29, 2025) is made in good faith, and is supported by good cause.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

On May 8, 2024, the Court approved the parties' stipulation for a discovery schedule. Shortly thereafter, Plaintiff's counsel diligently began discovery, making an initial disclosure and serving a request for production (RFP) on May 17, 2024 for a number of documents from NDOC, including Mr. Davis's medical records.

As previously noted, the discovery production in this case is particularly large, so far encompassing over 3,000 pages of documents. Plaintiff's counsel, after agreeing to an extension of the production deadline sought by Defendants, did not receive an initial disclosure until June 21, and received subsequent disclosures on July 1, July 11, and August 1, 2024. Plaintiff's counsel has required significant time to organize and review these records, so that he can determine what other discovery is needed to fully develop the claims in this case. Counsel's preparations have been complicated by the fact that Mr. Davis has been brought back into the Nevada Department of Corrections because of an alleged parole violation, which has complicated attorney-client communications and raises additional concerns about his medical care. Mr. Davis has filed requests for injunctive relief (ECF 66, 67) which the Court heard on April 8, 2025 and at a follow-up hearing on June 17. These circumstances have justified prior stipulations to extend the discovery periods.

Nonetheless the parties have proceeded with discovery. Plaintiff's counsel had conducted a Rule 30(b)(6) deposition on November 15, 2024. Mr. Davis has also continued to receive medical records for Mr. Davis

Since the most recent stipulation was entered on May 30, 2025 the following additional discovery has been completed:

    a. The parties completed a deposition of Defendant Symour Omandac on June 5, 2025;

    b. Mr. Davis received a new set of medical records on June 9, 2025;

c.  Mr. Davis noticed and provided a report from a medical expert on July 28, 2025;

d.  Mr. Davis noticed depositions of Defendants Cabrera, Agustin, and Landsman on August 28, 2025.

The parties have sought to confer about the scheduling of these depositions. However, Defendants' counsel's ability to access their files and communicate with their clients has been inhibited following a massive cyberattack on state systems that was discovered on August 24, 2025. The parties will seek to confer and schedule these depositions as soon as practicable.   Notwithstanding their diligence, however, the parties will accordingly require additional time to complete discovery.

Having conferred, the parties agree that more time is needed to conduct discovery in light of all of these circumstances. The parties accordingly ask for a sixty-three (63) day extension of the current deadlines:

- The parties may engage in discovery until December 1, 2025;

- Dispositive Motions: that they be filed and served no later than January 5, 2026;

- Joint Pretrial Order: that it be due on February 4, 2026. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

1

**CONCLUSION**

2    Based on the foregoing and for good cause appearing, the Parties respectfully

3   request that the Court approve their Stipulation and alter the discovery deadlines as

4   set forth above.

5   Dated September 8, 2025

6

7   Aaron D. Ford                              Rene L. Valladares
    Attorney General                           Federal Public Defender
8

9   */s/ Kyle L. Hill*                         */s/ Ryan Norwood*
    Kyle L. Hill                               Ryan Norwood
10  Deputy Attorney General                    Assistant Federal Public Defender

11

12

13

14                                             IT IS SO ORDERED:

15

16

17                                             DANIEL J. ALBREGTS
                                               UNITED STATES MAGISTRATE JUDGE
18

19                                             DATED: 9/10/2025

20

21

22

23

24

25

26