AARON D. FORD
Attorney General
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Terence Agustin, Isidro Baca, Joseph Benson, Jaymie Cabrera, Jerry Howell, William Hutchings, Calvin Johnson, Henry Landsman, Michael Minev, M.D., Martin Naughton, M.D., Symour Omandac, Perry Russell, John Weston, Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>Defendants. | Case No. 2:22-cv-01796-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE [Twelfth Request]** |

Plaintiff James Davis, by and through counsel, Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defendant, and Defendants, Terence Agustin, Isidro Baca, Joseph Benson, Jaymie Cabrera, Jerry Howell, William Hutchings, Calvin Johnson, Henry Landsman, Michael Minev, M.D., Martin Naughton, M.D., Symour Omandac, Perry Russell, John Weston, Brian Williams , by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby agree and stipulate to extend the dispositive motion deadline in this matter. This is the twelfth request to extend a deadline in the subject matter.

Discovery has been completed in this matter with the only remaining deadlines being the dispositive motion deadline and the joint pretrial order.

On June 4, 2026, this Court entered a stay of all deadlines in this matter until July 31, 2026, and ordered dispositive motions due on August 14, 2026. ECF No. 97. The reason for this stay was counsel for Defendants had taken emergency FMLA leave. Counsel has returned from this medical leave, but now additional time is needed as counsel for Defendants is managing case load matters needing attention as a result of counsel's sudden absence. Additionally, the parties are actively engaged in settlement discussions in the hopes of reaching an agreement to resolve the case without the need for additional briefings or to prepare for trial.

As such, the parties agree and stipulate to a 14 day extension of the dispositive motion deadline in order for settlement discussions to continue and make progress, and for parties to prepare dispositive motions if these discussions prove unfruitful. If approved, the new dispositive motion deadline would be August 28, 2026.

DATED this 13th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Ryan Norwood*
RYAN NORWOOD (PA Bar No. 332919)
Assistant Federal Public Defender
*Attorney for Plaintiff*

DATED this 13th day of August, 2026

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL (NV Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

**IT IS HEREBY ORDERED** that dispositive motions are due by **August 28, 2026.**

**DATED:** August 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**