AARON D. FORD
Attorney General
HALEY DAWN BOX (Bar No. 14666C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3161 (phone)
(702) 486-3768 (fax)
Email: hbox@ag.nv.gov

*Attorneys for Terence Agustin, Isidro Baca, Joseph Benson, Jaymie Cabrera, Jerry Howell, William Hutchings, Calvin Johnson, Henry Landsman, Michael Minev, M.D., Martin Naughton, M.D., Symour Omandac, Perry Russell, John Weston, Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES ANTHONY DAVIS,

Plaintiff,

v.

MICHAEL MINEV, et al.,

Defendants.

Case No. 2:22-cv-01796-RFB-DJA

**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE [Fourteenth Request]**

Plaintiff James Davis, by and through counsel, Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defendant, and Defendants, Terence Agustin, Isidro Baca, Joseph Benson, Jaymie Cabrera, Jerry Howell, William Hutchings, Calvin Johnson, Henry Landsman, Michael Minev, M.D., Martin Naughton, M.D., Symour Omandac, Perry Russell, John Weston, Brian Williams , by and through counsel, Aaron D. Ford, Nevada Attorney General, and Haley Dawn Box, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby agree and stipulate to extend the dispositive motion deadline in this matter. This is the thirteenth request to extend a deadline in the subject matter.

Discovery has been completed in this matter with the only remaining deadlines being the dispositive motion deadline and the joint pretrial order.

On August 27, 2026 Plaintiff and Defendants counsel stipulated to an extension of the dispositive motion deadline until September 11, 2026. ECF No. 103. The reason for this stay was Defendants' new counsel is a new DAG with the Attorney General's Office who is now taking over the case.

Defendants counsel is preparing the dispositive motion, but needs a small extension to finalize the pleading and exhibits.

As such, the parties agree and stipulate to a 1 day extension of the dispositive motion deadline in order for Defendants' new counsel to complete her dispositive motion. If approved, the new dispositive motion deadline would be September 14, 2026.

DATED this 11th day of September 2026.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Ryan Norwood*
RYAN NORWOOD (PA Bar No. 332919)
Assistant Federal Public Defender
*Attorney for Plaintiff*

DATED this 11th day of September 2026

AARON D. FORD
Attorney General

By: */s/ Haley Dawn Box*
HALEY DAWN BOX (NV Bar No. 14666C)
Deputy Attorney General
*Attorney for Defendant*

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation for Extension of Time is **GRANTED**. The new dispositive motion deadline will be **September 14, 2026**.

**DATED:** September 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**