Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania Bar #332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
*Amelia Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org
*Attorneys for Petitioner James Davis

United States District Court
District of Nevada

James Anthony Davis,

Plaintiff,

v.

Michael Minev, *et al.*,

Defendants.

Case No. 2:22-cv-01796-RFB-DJA

**Stipulation to Extend Deadline for Summary Judgement Response (Fifteenth Request regarding scheduling order)**

Pursuant to LR IA 6-1, the parties stipulate and agree to extend the deadline for a response to Defendants' motion for summary judgment (ECF No. 107) for 30 days. This is the first request to extend the response deadline to this Motion, which was filed two weeks ago. The parties have agreed to fourteen prior stipulations to extend various deadlines originally set in the Court's 2024 scheduling order in this case, including multiple extensions of the summary judgment motion deadline to accommodate various circumstances including Defendants' change in counsel. This request is made in good faith and supported by good cause.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

On September 14, 2026 Defendants filed a motion for summary judgment in this case. The motion is 25 pages long, and raises multiple defenses, including qualified immunity, lack of exhaustion, and the statute of limitations. The motion, filed after multiple extensions agreed to by the parties, attaches nearly 2,000 pages of records.

A proper response to this motion will require additional time. Counsel for Mr. Davis will require additional time to review the arguments, conduct legal research, and review the lengthy record in this case, which includes five depositions and thousands of pages of discovery. Much of this discovery was conducted years ago and counsel will require time to re-familiarize themselves with it. Although it would be difficult to meet the standard response deadline for this motion under any circumstances, counsels' schedule and other commitments, including representation of clients in multiple time-sensitive immigration-related Section 2241 actions, makes meeting the current deadline impossible.

The parties accordingly stipulate and request that the Court grant plaintiff's counsel 30 additional days to file a response, until October 28, 2026.

**CONCLUSION**

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and grant the extension as requested above

Dated September 28, 2026

Aaron D. Ford
Attorney General

*/s/ Haley Dawn Box*
Haley Dawn Box
Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED:** September 29, 2026.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**